IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

UNITED STATES OF AMERICA,          *

v.                                 *

                                        Case Number:  3:25-CR-00006-TES-CHW-2

MALIK TUCKER,                      *

          Defendant.               *

O R D E R

Pursuant to an Appearance Bond dated February 20, 2025, Defendant was released on bond following the payment into the registry of the Court of the sum of $1,500.00.  The conditions of the Appearance Bond have now been met and the Clerk is directed to disburse from the registry of the Court the sum of $1,500.00, plus all accrued interest less any amounts necessary for administrative fees of the Court to: SHATALA TUCKER.

This 2ND day of February, 2026.

s/Tilman E. Self, III
_____
TILMAN E. SELF, III,  JUDGE
UNITED STATES DISTRICT COURT